## Apex Motor Fuel Company, Appellant, v. Adolph Stiglitz, and Wholesale Oil and Petroleum Company, Appellees.

**Gen. No. 45,740.**

123

Teller,

Levit & Silvertrust, for appellant; H. J. Goldberger, of counsel; John G. Phillips, for appellees. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.** Opinion filed September 24, 1952; released for publication October 15, 1952.